# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140103

DAWN MARIE MARSHALL, Personal
Representative of the Estate of John E. Ohs,
Deceased,
        Plaintiff-Appellant,

v

                                         SC: 140103
                                         COA: 291480

SOUTHGATE APARTMENTS, LLC,
        Defendant-Appellee.

                                         Wayne CC: 07-708579-NZ

_____/

      On order of the Court, the application for leave to appeal the September 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

d0222